UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RECEIVED & FILED IN OPEN COURT
ON 6-20-00 AT
_____, FLA
Clarence Maddox, Clerk
United States District Court
Southern District of Florida

UNITED STATES OF AMERICA )
    Plaintiff, )
     )
vs. )
     )
KUNTA RIDDICK, )
    Defendant. )
_____ )

MAGISTRATE JUDGE: VITUNAC

00-8076-CR-Middlebrooks/Johnson

## NOTICE OF APPEARANCE

**COMES NOW**, KEVIN R. ANDERSON, Esq., and files this Appearance of Counsel for the Defendant in the above-styled cause. I am admitted to practice in the Southern District of Florida.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that a true and correct copy of the foregoing has been furnished to the United States Attorney's office, 701 Clematis Street, West Palm Beach, FL 33401 on this **20th** day of **June**, 2000.

**ANDERSON & DALLEY, L.L.P.**
224 Datura Street, Suite 515
West Palm Beach, FL 33401
(561) 832-1901

By: _____
Kevin R. Anderson, Esq.
Florida Bar Number: 0044857