# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC** DATE: 06/20/2000   TIME: 9:30 AM

DEFT. KUNTA RIDDICK (J)   CASE NO. 00-8076-CR-MIDDLEBROOKS/LRJ

AUSA. Rolando Garcia / KAREN ATKINSON   ATTY. Kevin Anderson, Retained

AGENT. DEA   VIOL. 21:841(a)(1)

PROCEEDING INITIAL HEARING   BOND. PTD (REQUESTED BY GOVT)

DISPOSITION Initial held

Deft present with counsel - sworn
Notice of permanent appearance filed
Indictment Unsealed in open court
Indictment Summarized to deft & advised of
his rights
Arraignment & Detention set for Friday,
6-23-00 @ 10:30 Am before Judge Vitunac.

DATE: 6-20-00   TAPE: AV 00-37-32