UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA         CASE # 00-8076 CR-MIDDLEBROOKS

VS.                              REPORT COMMENCING CRIMINAL ACTION

Kunta Riddick                    PRISONER # _____

*************************************************************

TO CLERK'S OFFICE, UNITED STATES DISTRICT COURT: (CIRCLE ONE)

MIAMI     FT. LAUDERDALE     (WEST PALM BEACH)     FT. PIERCE

(CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATE COURT)
*************************************************************

ALL ITEMS ARE TO BE COMPLETED. INFORMATION NOT APPLICABLE OR UNKNOWN TO BE INDICATED BY "N/A"

1) DATE AND TIME OF ARREST: 06-19-00  4:45 PM

2) LANGUAGE(S) SPOKEN: English

3) OFFENSE(S) CHARGED: PWID

4) U.S. CITIZEN   [X] YES    [ ] NO    [ ] UNKNOWN

5) DATE OF BIRTH: 02-20-77

6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
   [X] INDICTMENT        [ ] COMPLAINT TO BE FILED/ALREADY FILED
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   CASE # _____

   ORIGINATING DISTRICT: Southern District of Florida

   COPY OF WARRANT LEFT WITH BOOKING OFFICER [X] YES   [ ] NO

7) AMOUNT OF BOND: None              WHO SET BOND

8) ARRESTING AGENT: KA Harold, TFO

9) AGENCY DEA-WPBRO                  PHONE: 561-684-8000

10) REMARKS: