UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RECEIVED & FILED IN OPEN COURT
on 6-23-00 AT
Clarence Maddox Clerk
United States District Court
Southern District of Florida

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | CASE NO.: 00-CR8076 MIDDLEBROOK |
| | MAGISTRATE: VITUNAC |
| v. | |
| | DEFENSE INVOCATION, SUPPLEMENT |
| KUNTA RIDDICK | AND RESPONSE TO STANDING |
| Defendant. | DISCOVERY ORDER |

**COMES NOW**, the Defendant, by and through undersigned counsel pursuant to Fed. R. Crim. Pro. 16 and demands discovery by invoking and supplementing the Standing Discovery Order and submits his response to the Order as follows:

### A.  DISCLOSURES OF PRIOR CONVICTIONS

Defendant requests a full, complete and legible record of his prior convictions be produced by the government, clearly identifying all other charges made against the defendant, the disposition of the charges and the venue of such prosecution, including: date of arrest; date of conviction, acquittal, dismissal, or deferral; whether each conviction is of a felony or misdemeanor or petty offense; the sentence imposed and the dates of confinement and probation. Undersigned counsel requests these disclosures so that the defendant may receive the effective assistance of counsel concerning the election of trial, plea or other disposition of the pending cause. The assistance of counsel requires accurate data with which to compute various aspects of the United States Sentencing Guidelines, including base offense level, criminal history enhancements and departures.

### B.  DISCLOSURE OF 404(B) EVIDENCE

Defendant requests disclosure of evidence of crimes, wrongs or acts it intends to introduce at trial, in its case-in-chief or in rebuttal, as required by Fed. R. Evid. 404(b) (requiring disclosure and

notice upon request by the accused). The government must specify the general nature of any such evidence, identifying the date, time and location of the alleged incident, the witnesses who will testify about the incident, the nature of the incident and the purported relevance to this case. *See U. S. v. Long,* 814 F. Supp. (1993)(broad statement merely invoking the 404(b) provision is insufficient). Additionally, the defendant requests disclosure of all *Brady, Agurs, Giglio* and *Napue* material pertaining to each such incident, as otherwise defined by para. "C" and "D" of the *Standing Discovery Order.*

### C. DEFENDANT'S STATEMENTS AND CO-CONSPIRATOR STATEMENTS

Defendant's recorded statements. Co-conspirator statements which are imputed to the defendant or contain *Brady* material where the government does not intend to offer the co-conspirator as a witness at trial. Such statements include co-conspirator statements imputed to the defendant which the government intends to introduce in its case-in-chief or in rebuttal during joint trial where the government does not intend to offer the co-conspirator as a witness at trial.

### D. EXPERT WITNESS SUMMARIES

Defendant requests disclosure of expert testimony the government intends to introduce at trial during its case-in-chief. As to each potential expert witness, the government should disclose the name of the expert witness, the witness' qualifications, present employment, a summary of the witness' opinion, and the basis and reasons for the opinion.

### E. DEFENDANT'S RESPONSE TO STANDING DISCOVERY ORDER

1. _____ Books, papers, documents, photographs or tangible objects which the defendant intends to introduce as evidence in its case-in-chief at trial:

2. _____ Any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case which the defendant intends to introduce as

evidence in its case-in-chief at trial, or which were prepared by a defense witness who will testify concerning the contents thereof.

3. _____ Whether the defendant intends to rely upon the claim of insanity at the time of the alleged crime or introduce expert testimony relating to mental disease, defect or other condition bearing upon the issue of whether he had the mental state required for the offense charged.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the Office of the United States Attorney, Assistant United State Attorney, Karen Atkinson, 701 Clematis Street, West Palm Beach, FL, 33401 on this **22ND** day of **June,** 2000.

**ANDERSON & DALLEY, L.L.P.**
224 Datura Street, Suite 515
West Palm Beach, FL 33401
(561) 832-1901

By: _____
Kevin R. Anderson, Esq.
Florida Bar Number: 0044857