KAO:bcs

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# CASE NO. 00-8076-Cr-MIDDLEBROOKS(s)/Johnson

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KUNTA RIDDICK,

    Defendant.

_____/



## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about January 25, 2000, in Boynton Beach, Florida, at Palm Beach County, in the Southern District of Florida, the defendant,

KUNTA RIDDICK,

did knowingly and intentionally possess with the intent to distribute a Schedule II controlled substance, that is, five (5) grams or more of a mixture and substance containing cocaine base, commonly known as crack cocaine, the defendant having previously been convicted of three felony drug offenses which had become final, that is on or about March 12, 1996 in the Fifteenth Judicial Circuit Court in and for Palm Beach County in Case Number 96-0132CF of a crime punishable by a term of imprisonment exceeding one year, that is possession of cocaine; that is on or about April 15, 1996, in the Fifteenth Judicial Circuit Court in and for Palm Beach County in Case Number 96-



02117CF of a crime punishable by a term of imprisonment exceeding one year, that is possession of cocaine; that is on or about November 20, 1998, in the Fifteenth Judicial Circuit Court in and for Palm Beach County in Case Number 98-7830-CF of a crime punishable by a term of imprisonment exceeding one year, that is possession of cocaine; in violation of Title 21, United States Code, Sections 841(a)(1) and 851.

## COUNT TWO

On or about January 25, 2000, in Boynton Beach, Florida, at Palm Beach County, in the Southern District of Florida, the defendant,

KUNTA RIDDICK,

did knowingly and intentionally distribute a Schedule II controlled substance, that is, five (5) grams or more of a mixture and substance containing cocaine base, commonly known as crack cocaine, within 1000 feet of a housing facility owned by a public housing authority, that is the Palm Beach County Housing Authority, Cherry Hill Complex, the defendant having previously been convicted of three felony drug offenses which had become final, that is on or about March 12, 1996 in the Fifteenth Judicial Circuit Court in and for Palm Beach County in Case Number 96-0132CF of a crime punishable by a term of imprisonment exceeding one year, that is possession of cocaine; that is on or about April 15, 1996, in the Fifteenth Judicial Circuit Court in and for Palm Beach County in Case Number 96-02117CF of a crime punishable by a term of imprisonment exceeding one year, that is possession of cocaine; that is on or about November 20, 1998, in the Fifteenth Judicial Circuit Court in and for Palm Beach County in Case Number 98-7830-CF of a crime punishable by a term of imprisonment exceeding one year, that is possession of cocaine; in violation of Title 21, United States Code, Sections 841(a)(1), 851 and 860.

## COUNT THREE

On or about February 22, 2000, in Boynton Beach, Florida, at Palm Beach County, in the Southern District of Florida, the defendant,

KUNTA RIDDICK,

did knowingly and intentionally possess with the intent to distribute a Schedule II controlled substance, that is, five (5) grams or more of a mixture and substance containing cocaine base, commonly known as crack cocaine, the defendant having previously been convicted of three felony drug offenses which had become final, that is on or about March 12, 1996 in the Fifteenth Judicial Circuit Court in and for Palm Beach County in Case Number 96-0132CF of a crime punishable by a term of imprisonment exceeding one year, that is possession of cocaine; that is on or about April 15, 1996, in the Fifteenth Judicial Circuit Court in and for Palm Beach County in Case Number 96-02117CF of a crime punishable by a term of imprisonment exceeding one year, that is possession of cocaine; that is on or about November 20, 1998, in the Fifteenth Judicial Circuit Court in and for Palm Beach County in Case Number 98-7830-CF of a crime punishable by a term of imprisonment exceeding one year, that is possession of cocaine; in violation of Title 21, United States Code, Sections 841(a)(1) and 851.

## COUNT FOUR

On or about February 22, 2000, in Boynton Beach, Florida, at Palm Beach County, in the Southern District of Florida, the defendant,

KUNTA RIDDICK,

did knowingly and intentionally distribute a Schedule II controlled substance, that is, five (5) grams or more of a mixture and substance containing cocaine base, commonly known as crack cocaine,

3

within 1000 feet of a housing facility owned by a public housing authority, that is the Palm Beach County Housing Authority, Cherry Hill Complex, the defendant having previously been convicted of three felony drug offenses which had become final, that is on or about March 12, 1996 in the Fifteenth Judicial Circuit Court in and for Palm Beach County in Case Number 96-0132CF of a crime punishable by a term of imprisonment exceeding one year, that is possession of cocaine; that is on or about April 15, 1996, in the Fifteenth Judicial Circuit Court in and for Palm Beach County in Case Number 96-02117CF of a crime punishable by a term of imprisonment exceeding one year, that is possession of cocaine; that is on or about November 20, 1998, in the Fifteenth Judicial Circuit Court in and for Palm Beach County in Case Number 98-7830-CF of a crime punishable by a term of imprisonment exceeding one year, that is possession of cocaine; in violation of Title 21, United States Code, Sections 841(a)(1), 851 and 860.

### COUNT FIVE

On or about February 23, 2000, in Boynton Beach, Florida, at Palm Beach County, in the Southern District of Florida, the defendant,

KUNTA RIDDICK,

did knowingly and intentionally possess with the intent to distribute a Schedule II controlled substance, that is, five (5) grams or more of a mixture and substance containing cocaine base, commonly known as crack cocaine, the defendant having previously been convicted of three felony drug offenses which had become final, that is on or about March 12, 1996 in the Fifteenth Judicial Circuit Court in and for Palm Beach County in Case Number 96-0132CF of a crime punishable by a term of imprisonment exceeding one year, that is possession of cocaine; that is on or about April 15, 1996, in the Fifteenth Judicial Circuit Court in and for Palm Beach County in Case Number 96-

02117CF of a crime punishable by a term of imprisonment exceeding one year, that is possession of cocaine; that is on or about November 20, 1998, in the Fifteenth Judicial Circuit Court in and for Palm Beach County in Case Number 98-7830-CF of a crime punishable by a term of imprisonment exceeding one year, that is possession of cocaine; in violation of Title 21, United States Code, Sections 841(a)(1) and 851.

## COUNT SIX

On or about February 23, 2000, in Boynton Beach, Florida, at Palm Beach County, in the Southern District of Florida, the defendant,

KUNTA RIDDICK,

did knowingly and intentionally distribute a Schedule II controlled substance, that is, five (5) grams or more of a mixture and substance containing cocaine base, commonly known as crack cocaine, within 1000 feet of a housing facility owned by a public housing authority, that is the Palm Beach County Housing Authority, Cherry Hill Complex, the defendant having previously been convicted of three felony drug offenses which had become final, that is on or about March 12, 1996 in the Fifteenth Judicial Circuit Court in and for Palm Beach County in Case Number 96-0132CF of a crime punishable by a term of imprisonment exceeding one year, that is possession of cocaine; that is on or about April 15, 1996, in the Fifteenth Judicial Circuit Court in and for Palm Beach County in Case Number 96-02117CF of a crime punishable by a term of imprisonment exceeding one year, that is possession of cocaine; that is on or about November 20, 1998, in the Fifteenth Judicial Circuit Court in and for Palm Beach County in Case Number 98-7830-CF of a crime punishable by a term of imprisonment exceeding one year, that is possession of cocaine; in violation of Title 21, United States Code, Sections 841(a)(1), 851 and 860.

## COUNT SEVEN

On or about April 6, 2000, in Boynton Beach, Florida, at Palm Beach County, in the Southern District of Florida, the defendant,

KUNTA RIDDICK,

did knowingly and intentionally possess with the intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing cocaine base, commonly known as crack cocaine, the defendant having previously been convicted of three felony drug offenses which had become final, that is on or about March 12, 1996 in the Fifteenth Judicial Circuit Court in and for Palm Beach County in Case Number 96-0132CF of a crime punishable by a term of imprisonment exceeding one year, that is possession of cocaine; that is on or about April 15, 1996, in the Fifteenth Judicial Circuit Court in and for Palm Beach County in Case Number 96-02117CF of a crime punishable by a term of imprisonment exceeding one year, that is possession of cocaine; that is on or about November 20, 1998, in the Fifteenth Judicial Circuit Court in and for Palm Beach County in Case Number 98-7830-CF of a crime punishable by a term of imprisonment exceeding one year, that is possession of cocaine; in violation of Title 21, United States Code, Sections 841(a)(1) and 851.

## COUNT EIGHT

On or about April 6, 2000, in Boynton Beach, Florida, at Palm Beach County, in the Southern District of Florida, the defendant,

KUNTA RIDDICK,

did knowingly and intentionally distribute a Schedule II controlled substance, that is, a mixture and substance containing cocaine base, commonly known as crack cocaine, within 1000 feet of a housing

housing facility owned by a public housing authority, that is the Palm Beach County Housing Authority, Cherry Hill Complex, the defendant having previously been convicted of three felony drug offenses which had become final, that is on or about March 12, 1996 in the Fifteenth Judicial Circuit Court in and for Palm Beach County in Case Number 96-0132CF of a crime punishable by a term of imprisonment exceeding one year, that is possession of cocaine; that is on or about April 15, 1996, in the Fifteenth Judicial Circuit Court in and for Palm Beach County in Case Number 96-02117CF of a crime punishable by a term of imprisonment exceeding one year, that is possession of cocaine; that is on or about November 20, 1998, in the Fifteenth Judicial Circuit Court in and for Palm Beach County in Case Number 98-7830-CF of a crime punishable by a term of imprisonment exceeding one year, that is possession of cocaine; in violation of Title 21, United States Code, Sections 841(a)(1), 851 and 860.

A TRUE BILL

FOREPERSON

DARYL B. KILPATRICK

GUY A. LEWIS
UNITED STATES ATTORNEY

KAREN L. ATKINSON
ASSISTANT UNITED STATES ATTORNEY

7

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**     CASE NO.   00-8076-Cr-MIDDLEBROOKS(s)

KUNTA RIDDICK                                       **CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)

New Defendant(s)           Yes ___     No  X
Number of New Defendants   ___
Total number of counts     8

X   Miami   ___ Key West
___ FTL     ___ WPB   ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:       (Yes or No) No
   List language and/or dialect _____

4. This case will take  3  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                         (Check only one)

   I    0 to 5 days       X       Petty
   II   6 to 10 days      ___     Minor
   III  11 to 20 days     ___     Misdem.
   IV   21 to 60 days     ___     Felony     X
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) Yes

If yes:
Judge: Middlebrooks              Case No. 00-8076-Cr-Middlebrooks
(Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No) No
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: N/A
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____   District of _____

Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes  X  No    If yes, was it pending in the Central Region? ___ Yes ___ No

_____
KAREN L. ATKINSON
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 178603

*Penalty Sheet(s) attached                                                        REV.4/7/99

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

Defendant Name: <u>KUNTA RIDDICK</u>

Case No.: 00-8076-Cr-MIDDLEBROOKS(s)

---

Counts #1, 3, 5:

Max. Penalty:

<u>10 Years to Life Imprisonment - $4,000,000 Fine</u>

===============================================================

Counts #2, 4, 6:

Max. Penalty:

<u>10 Years to Life Imprisonment - $8,000,000 Fine</u>

===============================================================

Count #7:

Max. Penalty:

<u>0 - 30 Years Imprisonment - $2,000,000 Fine</u>

===============================================================

Count #8:

Max. Penalty:

<u>1 - 60 Years Imprisonment - $4,000,000 Fine</u>

> *This is merely a preliminary estimate of the maximum possible incarceration. It does not include any other possible consequences including but not limited to fine, special assessment, restitution, special parole, probation, supervised release, etc.

No. 00-8076-Cr-MIDDLEBROOKS(s)

# UNITED STATES DISTRICT COURT

Southern District of Florida

Northern Division

## THE UNITED STATES OF AMERICA

vs.

KUNTA RIDDICK

## INDICTMENT

21 U.S.C. 841(a)(1)
21 U.S.C. 860

A true bill.

[signature]
Foreman

Filed in open court this ___ day

of July A.D. 19 2000

_____
Clerk

Bail $ _____

GPO 883 528