UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-08076-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

KUNTA RIDDICK,
        Defendant.
_____/

## FINAL JUDGMENT ON REVOCATION OF SUPERVISED RELEASE

**THIS MATTER** comes before the Court upon the Petition of the United States Probation Office for revocation of supervised release.  A final revocation hearing was conducted on June 5, 2014.  The Defendant admitted to the violations listed in the Petition (D.E. 52).  The Court finds that Defendant has violated the terms and conditions of supervision.  After hearing from the parties and being fully advised as to the facts and circumstances of this case, it is

**ORDERED AND ADJUDGED** that the Defendant's period of supervision is hereby REINSTATED and MODIFIED.  The Defendant's special condition of supervised release is modified to include Anger Control/Domestic Violence Treatment.  The Defendant shall participate in an approved program for anger control/domestic violence. Participation may include inpatient/outpatient treatment. The Defendant will contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third party payment.  All existing conditions of supervised release remain in full force and effect.

**DONE AND ORDERED,** at Miami, Florida, this 6th day of June, 2014.

                                                  DONALD M. MIDDLEBROOKS
                                                  UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record
        U.S. Marshal
        Probation